Official Form 1 (04/10)

| United States Bankruptcy Court<br>*CENTRAL* DISTRICT OF *CALIFORNIA* | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual enter Last, First, Middle):<br>*Watson, David O.* | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>*Watson, Barbara C.* |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*dba Planning Consultants* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN<br>(if more than one, state all): *5505/5505* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN<br>(if more than one, state all): *8834* |
| Street Address of Debtor(No. and Street, City, and State):<br>*568 Margie Place*<br>*Nipomo CA*                     ZIPCODE *93444* | Street Address of Joint Debtor(No. and Street, City, and State):<br>*568 Margie Place*<br>*NIPOMO CA*                    ZIPCODE *93444* |
| County of Residence or of the<br>Principal Place of Business:   *SAN LUIS OBISPO* | County of Residence or of the<br>Principal Place of Business:    *SAN LUIS OBISPO* |
| Mailing Address of Debtor(if different from street address):<br>*PO Box 385*<br>*Pismo Beach CA*                     ZIPCODE *93448-0385* | Mailing Address of Joint Debtor(if different from street address):<br>*2879 Geary Place, #2801*<br>*LAS VEGAS NV*                    ZIPCODE *89109* |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   *NOT APPLICABLE*                                                     ZIPCODE | |

**Type of Debtor** (Form of organization)
(Check one box.)

- ☒ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below)

_____

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**(Check one box)

- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☐ Debts are primarily business debts

**Chapter 11 Debtors:**

**Check one box:**
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee**(Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Official Form 1 (04/10)
FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*David O. Watson and*<br>*Barbara C. Watson* |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11 United States Code, and have explained the relief available under each such chapter I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b)
X _____  5/20/10
Signature of Attorney for Debtor(s)   Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and exhibit C is attached and made a part of this petition
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D)
☒ Exhibit D completed and signed by the debtor is attached and made part of this petition
If this is a joint petition:
☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition

**Information Regarding the Debtor - Venue**
(Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following)

(Name of landlord that obtained judgment)

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))

Official Form 1 (04/10)                                                                                          FORM B1, Page  3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *David O. Watson and Barbara C. Watson* |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U S C §342(b) I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition (Check only one box ) ☐ I request relief in accordance with chapter 15 of title 11, United States Code Certified copies of the documents required by 11 U S C § 1515 are attached ☐ Pursuant to 11 U S C § 1511, I request relief in accordance with the chapter of title 11 specified in this petition A certified copy of the order granting recognition of the foreign main proceeding is attached |

X _____
  Signature of Debtor

X *Barbara C. Watson*
  Signature of Joint Debtor

_____
  Telephone Number (if not represented by attorney)

*05/20/2010*
  Date

X _____
  (Signature of Foreign Representative)

_____
  (Printed name of Foreign Representative)

*05/20/2010*
  (Date)

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

X _____
  Signature of Attorney for Debtor(s)

*DAVID Y. FARMER, ESQ 47764*
  Printed Name of Attorney for Debtor(s)

*Farmer and Ready*
  Firm Name

*1254 Marsh Street*
  Address

*P.O. Box 1443*

*San Luis Obispo CA   93406*

*(805) 541-1626*
  Telephone Number

*05/20/2010*
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U S C § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section Official Form 19 is attached

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer ) (Required by 11 U S C § 110 )

_____
Address

X _____

_____
  Date
Signature of bankruptcy petition preparer or officer, principal, responsible person or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____
  Signature of Authorized Individual

_____
  Printed Name of Authorized Individual

_____
  Title of Authorized Individual

*05/20/2010*
  Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U S C § 110; 18 U S C § 156*

| Attorney or Party Name Address Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| David Y Farmer, Esq , Farmer & Ready      State Bar No. 47764<br>1254 Marsh Street, P O. Box 1443      Phone: (805) 541-1626<br>San Luis Obispo, CA 93406      Fax: (805) 541-0769<br><br>☒ *Attorney for:* Debtors | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: David O Watson<br>Barbara C. Watson<br><br>                                   Debtor(s). | CASE NO :<br>CHAPTER: 7<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☒  Petition, statement of affairs, schedules or lists      Date Filed: _____
☐  Amendments to the petition, statement of affairs, schedules or lists      Date Filed: _____
☐  Other: _____      Date Filed: _____

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney

_____      5-24-10
*Signature of Signing Party*           Date

David O. Watson
*Printed Name of Signing Party*

_____      5/21/10
*Signature of Joint Debtor (if applicable)*      Date

Barbara C. Watson
*Printed Name of Joint Debtor (if applicable)*

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court

_____      5/20/10
*Signature of Attorney for Signing Party*      Date

David Y. Farmer, Esq.
*Printed Name of Attorney for Signing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California

*November 2006*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION DIVISION

In re *David O. Watson*
   *and*
   *Barbara C. Watson*

Case No
              (if known)

_____
               **Debtor(s)**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

☐    4  I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court ]*

☐    Incapacity  (Defined in 11 U S C  § 109 (h)(4) as impaired by reason of mental illness or mental deficiency
so as to be incapable of realizing and making rational decisions with respect to financial responsibilities );

☐    Disability  (Defined in 11 U S C  § 109 (h)(4) as physically impaired to the extent of being unable  after
reasonable effort  to participate in a credit counseling briefing in person, by telephone  or through the Internet );

☐    Active military duty in a military combat zone

☐    5  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement
of 11 U S C  § 109(h) does not apply in this district

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor:  _____

Date:    *05/20/2010*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION DIVISION

In re *David O. Watson*                                Case No
    *and*                                        Chapter    7
    *Barbara C. Watson*

_____
Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit briefing.

B 1D (Official Form 1, Exhibit D) (12/09)

☐   4  I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐   Incapacity  (Defined in 11 U S C  § 109 (h)(4) as impaired by reason of mental illness or mental deficiency
so as to be incapable of realizing and making rational decisions with respect to financial responsibilities );

☐   Disability  (Defined in 11 U S C  § 109 (h)(4) as physically impaired to the extent of being unable  after
reasonable effort  to participate in a credit counseling briefing in person  by telephone  or through the Internet );

☐   Active military duty in a military combat zone

☐   5  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement
of 11 U S C  § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   *Barbara C. Watson  5/21/10*

Date:   *05/20/2010*

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows:  (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s) )

None

2   (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s) )

N/A

3   (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s) )

N/A

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof  If none, so indicate  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s) )

None

I declare, under penalty of perjury, that the foregoing is true and correct

Executed at San Luis Obisop        , California

*Debtor*
David O. Watson

Dated   5/21/2010

*Joint Debtor*
Barbara C. Watson

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1**

F101521

B 201 - Notice of Available Chapters (Rev. 12/08)                                          USBC Central District of California

Name: <u>David Y. Farmer</u>

Address: <u>1254 Marsh Street</u>

<u>San Luis Obispo, CA</u>

Telephone: _____ Fax: _____

[x] Attorney for Debtor
[ ] Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years: David O. Watson A Planning Consultants Barbara C. Watson | Case No.: |
| | **NOTICE OF AVAILABLE CHAPTERS** (Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1. **Services Available from Credit Counseling Agencies**

   **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

   **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

**2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7:   Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1   Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code

2   Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3   After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation

**3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev 12/08)                                                    USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code

_____          _____

Printed name and title, if any, of Bankruptcy Petition Preparer          Social Security number (If the bankruptcy petition
Address:                                                                 preparer is not an individual, state the
                                                                         Social Security number of the officer, principal,
_____          responsible person, or partner of the bankruptcy
                                                      petition preparer ) (Required by 11 U S C § 110 )

X _____

Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

David O. Watson _____          _____ 5-24-10
Printed Name(s) of Debtor(s)                   Signature of Debtor          Date


Case No  (if known) _____          X _Barbara C Watson_ 5/24/10
                                                       Signature of Joint Debtor (if any)  Date

                                                       Barbara C. Watson

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION DIVISION

In re *David O. Watson and Barbara C. Watson*

Case No
Chapter    7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each  Report the totals from Schedules A, B, D, E  F, I  and  J in the boxes provided  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets  Add the amounts of all claims from Schedules D, E and F to determine the total amount of the debtor's  liabilities  Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7  11  or 13

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $     365,000.00 | | |
| B-Personal Property | Yes | 4 | $     194,685.37 | | |
| C-Property Claimed as Exempt | Yes | 2 | | | |
| D-Creditors Holding Secured Claims | Yes | 2 | | $     554,653.23 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $     110,557.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $     172,258.08 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $     6,907.08 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $     9,653.01 |
| TOTAL | | 22 | $     559,685.37 | $     837,468.31 | |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION DIVISION

In re *David O. Watson and Barbara C. Watson*

Case No
Chapter   7

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *110,557.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *110,557.00* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *6,907.08* |
| Average Expenses (from Schedule J, Line 18) | $ *9,653.01* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *1,541.01* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *186,403.23* |
| 2. Total from Schedule E, " AMOUNT ENTITLED TO PRIORITY" column | $ *110,557.00* | |
| 3. Total from Schedule E, " AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *172,258.08* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *358,661.31* |

FORM B6A (Official Form 6A) (12/07)

In re _David O. Watson and Barbara C. Watson_____,   Case No _____
                          Debtor(s)                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below list all real property in which the debtor has any legal equitable or future interest including all property owned as a cotenant community property or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married state whether the husband, wife both or the marital community own the property by placing an "H," "W" "J," or "C" in the column labeled "Husband Wife Joint or Community " If the debtor holds no interest in real property write "None" under "Description and Location of Property "

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim See Schedule D If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim "

If the debtor is an individual or if a joint petition is filed state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 2879 Geary Place #2810 Las Vegas, NV | Fee | C | $ 65,000.00 | $ 65,000.00 |
| 517 Margie Place Nipomo, CA | Fee | C | $ 160,000.00 | $ 156,000.00 |
| 568 Margie Place Nipomo, CA | Fee | C | $ 140,000.00 | $ 140,000.00 |
| | | | | |
| No continuation sheets attached | **TOTAL $** (Report also on Summary of Schedules ) | | 365,000.00 | |

B6B (Official Form 6B) (12/07)

In re  *David O. Watson and Barbara C. Watson* _____ ,    Case No. _____
                  Debtor(s)                                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below list all personal property of the debtor of whatever kind If the debtor has no property in one or more of the categories place an "x" in the appropriate position in the column labeled 'None.' If additional space is needed in any category, attach a separate sheet properly identified with the case name case number, and the number of the category If the debtor is married state whether the husband, wife, both, or the marital community own the property by placing an "H." "W" "J" or "C" in the column labeled 'Husband Wife, Joint, or Community " If the debtor is an individual or a joint petition is filed state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases**

If the property is being held for the debtor by someone else state that person s name and address under 'Description and Location of Property ' If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian such as "A B a minor child by John Doe guardian " Do not disclose the child's name See 11 U S C §112 and Fed R Bankr P 1007(m)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash on Hand* <br> *Location: Arroyo Grande* | C | $ 100.00 |
| 2 Checking savings or other financial accounts, certificates of deposit, or shares in banks savings and loan, thrift, building and loan, and homestead associations, or credit unions brokerage houses, or cooperatives. | | *Checking Account, Chase Bank* <br> *Location: 445 Madonna Rd, San Luis Obispo* | C | $ 125.00 |
| | | *Checking Account, Mission Community Bank* <br> *Location: Arroyo Grande* | C | $ 3,026.66 |
| | | *Checking Account, Rabobank* <br> *Location: Arroyo Grande* | C | $ 2,428.31 |
| 3 Security deposits with public utilities, telephone companies, landlords, and others | X | | | |
| 4 Household goods and furnishings, including audio, video, and computer equipment | | *Household Goods & Furnishings* <br> *Location: In debtor's possession* | C | $ 4,000.00 |
| 5 Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc and other collections or collectibles | X | | | |
| 6. Wearing apparel. | | *Clothing* <br> *Location: In debtor's possession* | C | $ 1,900.00 |
| 7 Furs and jewelry. | | *Furs & Jewelry* <br> *Location: In debtor's possession* | C | $ 650.00 |

B6B (Official Form 6B) (12/07)

In re <u>David O. Watson and Barbara C. Watson</u> ,        Case No. _____
                    Debtor(s)                                                                (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Life Insurance Policy* *American Naitonal Insurance Co.* *Barbara Watson, face value:  $39,000* *Location: In debtor's possession* | C | $ 10,925.00 |
| | | *Life Insurance Policy* *American Naitonal Insurance Co* *Dave Watson, face value $27,000* *Location: In debtor's possession* | | $ 9,337.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *Cal Pers Retirement System* *Location: In debtor's possession* | C | $ 93,163.67 |
| | | *UBS Financial Services* *Location: 499 Washington Blvd.* *Jersey City, New Jersey* | C | $ 6,137.48 |
| | | *UBS Financial Services* *Location: 499 Washington Blvd.* *Jersey City, New Jersey* | C | $ 41.29 |
| | | *UBS Financial Services* *Location: 499 Washington Blvd.* *Jersey City, New Jersey* | C | $ 33,789.96 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *Planning Consultants* *Sole Proprietor, Real Estate Development* *Location: In debtor's possession* | C | $ 1.00 |

B6B (Official Form 6B) (12/07)

In re _David O. Watson and Barbara C. Watson_ _____, Case No _____
                    Debtor(s)                                                    (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | 1993 Volvo 850 GLT<br>4D Sedan, 110,951 miles<br>Location: In debtor's possession | C | $ 2,000.00 |
| | | 2001 Ford F-150 SuperCrew<br>221,585 Miles<br>Location: In debtor's possession | C | $ 5,385.00 |
| | | 2004 Cadillac CTS 4D<br>Location: Son's Car | C | $ 7,250.00 |

B6B (Official Form 6B) (12/07)

In re  *David O. Watson and Barbara C. Watson*                                    ,   Case No _____
                          Debtor(s)                                                                          (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *2004 Mercedes-Benz CLK320*<br>*60,000 miles*<br>*Location: In debtor's possession* | | $ 13,425.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *3 Computers, printer, desk & chair*<br>*Location: In debtor's possession* | C | $ 500.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | *Shopsmith, hand tools*<br>*Location: In debtor's possession* | C | $ 500.00 |
| | | | Total → | $ 194,685.37 |

Page   4   of   4

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re _David O. Watson and Barbara C. Watson_ _____ ,  Case No. _____
                        Debtor(s)                                                      (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds $146 450 *

(Check one box)

☐ 11 U S C § 522(b) (2)

☒ 11 U S C § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 517 Margie Place | Calif. C.C.P §703.140(b)(5) | $ 4,000.00 | $ 160,000.00 |
| Cash on Hand | Calif. C.C.P §703.140(b)(5) | $ 100 00 | $ 100.00 |
| Checking Account, Chase Bank | Calif. C.C.P §703.140(b)(5) | $ 125 00 | $ 125.00 |
| Checking Account, Mission Community Bank | Calif. C.C.P §703.140(b)(5) | $ 3,026.66 | $ 3,026.66 |
| Checking Account, Rabobank | Calif. C.C.P §703.140(b)(5) | $ 2,428.31 | $ 2,428.31 |
| Household Goods & Furnishings | Calif. C.C.P §703.140(b)(3) | $ 4,000.00 | $ 4,000.00 |
| Clothing | Calif. C.C.P §703 140(b)(3) | $ 1,900.00 | $ 1,900.00 |
| Furs & Jewelry | Calif. C.C.P §703 140(b)(4) | $ 650.00 | $ 650 00 |
| Life Insurance Policy | Calif. C.C.P §703.140(b)(8) | $ 11,075.00 | $ 9,337.00 |
| Life Insurance Policy | Calif. C.C.P §703.140(b)(8) | $ 11,075.00 | $ 10,925.00 |
| Cal Pers Retirement System | Calif. C.C.P §703.140(b)(10)(E) | $ 93,163.67 | $ 93,163.67 |
| UBS Financial Services | Calif. C.C.P §703.140(b)(10)(E) | $ 41 29 | $ 41 29 |
| UBS Financial Services | Calif. C.C.P §703 140(b)(5) | $ 6,137 48 | $ 6,137.48 |
| UBS Financial Servicesw | Calif. C.C.P §703.140(b)(10)(E) | $ 33,789.96 | $ 33,789.96 |
| Planning Consultants | Calif. C.C.P §703 140(b)(5) | $ 1.00 | $ 1.00 |
| 2004 Mercedes-Benz CLK320 | Calif. C.C.P §703.140(b)(2) | $ 3,525.00 | $ 13,425.00 |

Page No. _1_ of _2_

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment

B6C (Official Form 6C) (04/10)

In re _David O. Watson and Barbara C. Watson_ _____,   Case No. _____
            Debtor(s)                                                      (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| | Calif. C.C.P. §703.140(b)(5) | $ 5,756.55 | |
| 3 Computers, printer, desk & chair | Calif. C.C.P. §703.140(b)(6) | $ 500.00 | $ 500.00 |
| Shopsmith, hand tools | Calif. C.C.P. §703.140(b)(5) | $ 500.00 | $ 500.00 |

Page No __2__ of __2__

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re <u>David O. Watson and Barbara C. Watson</u> ,
      **Debtor(s)**

Case No._____
              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See, 11 U S C §112 and Fed R Bankr P 1007(m) If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above ) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *5216*<br>*Creditor # : 1*<br>*AURORA HOME LOAN*<br>*PO Box 1706*<br>*Scottsbluff NE 69363-1706* | C | *11/2005*<br>*Mortgage - 517 Margie Place*<br><br>Value: *$ 160,000.00* | | | | $ 156,000.00 | $ 0 00 |
| Account No: *2381*<br>*Creditor # : 2*<br>*BANK OF AMERICA HOME LOAN SERV*<br>*PO Box 5170*<br>*Simi Valley CA 93062-5170* | C | *6/2004*<br>*Mortgage-568 Margie Place*<br><br>Value: *$ 140,000.00* | | | | $ 205,242.42 | $ 65,242.42 |
| Account No: *6129*<br>*Creditor # : 3*<br>*USA Federal Credit Union*<br>*PO Box 26339*<br>*San Diego CA 92196-0039* | H | *7/2007*<br>*Cadillac Loan*<br><br>Value: *$ 7,250.00* | | | | $ 14,289.11 | $ 7,039 11 |

__1__   continuation sheets attached

Subtotal $ (Total of this page)  $ 375,531.53   $ 72,281.53

Total $ (Use only on last page)

(Report also on Summary of Schedules )   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)    - Cont

In re _David O. Watson and Barbara C. Watson_____,    Case No._____
                       **Debtor(s)**                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above )* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: _9041_ <br> Creditor # : 4 <br> WELLS FARGO BANK <br> PO BOX Box 10335 <br> Des Moines IA 50306 | C | 12/2008 <br> Mortgage- 2879 Geary Place <br><br> Value: $ 65,000.00 | | | | $ 179,121.70 | $ 114,121.70 |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no _1__ of _1__ continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ <br> (Total of this page) | $ 179,121 70 | $ 114,121 70 |
| Total $ <br> (Use only on last page) | $ 554,653.23 | $ 186,403.23 |
| | (Report also on Summary of Schedules ) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re <u>David O. Watson and Barbara C. Watson</u> ,          Case No._____
              **Debtor(s)**                                                         (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority listed separately by type of priority, is to be set forth on the sheets provided Only holders of unsecured claims entitled to priority should be listed in this schedule In the boxes provided on the attached sheets state the name mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition Use a separate continuation sheet for each type of priority and label each with the type of priority

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian such as 'A B , a minor child, by John Doe guardian " Do not disclose the child's name See 11 U S C §112 and Fed R Bankr P 1007(m)

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor " include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community " If the claim is contingent. place an "X" in the column labeled "Contingent " If the claim is unliquidated, place an "X" in the column labeled "Unliquidated " If the claim is disputed, place an "X" in the column labeled "Disputed " (You may need to place an "X" in more than one of these three columns )

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule Report this total also on the Summary of Schedules

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data

    Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse former spouse or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U S C § 507(a)(1)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief 11 U S C § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business whichever occurred first, to the extent provided in 11 U S C § 507(a)(4)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition or the cessation of business whichever occurred first, to the extent provided in 11 U S C § 507(a)(5)

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman against the debtor, as provided in 11 U S C § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase lease or rental of property or services for personal, family or household use, that were not delivered or provided 11 U S C § 507(a)(7)

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal state, and local governmental units as set forth in 11 U S C § 507(a)(8)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System or their predecessors or successors, to maintain the capital of an insured depository institution 11 U S C § 507(a)(9)

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance 11 U S C § 507(a)(10)

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment

_1_   **continuation sheets attached**

Official Form 6E (04/10) - Cont

In re _David O. Watson and Barbara C. Watson_____ ,          Case No _____
                                    **Debtor(s)**                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1 FRANCHISE TAX BOARD STATE OF CALIFORNIA P.O. Box 2952 SACRAMENTO CA 95812-2952 | C | | 1040 TAXES | | | | $ 22,252.00 | $ 22,252.00 | $ 0.00 |
| Account No: Creditor # : 2 INTERNAL REVENUE SERVICE P.O. Box 21126 Philadelphia PA 19114 | C | | 1040 TAXES | | | | $ 88,305.00 | $ 88,305.00 | $ 0.00 |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No __1_ of __1_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | 110,557.00 | 110,557.00 | 0.00 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 110,557.00 | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 110,557.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _David O. Watson and Barbara C. Watson_ _____,     Case No._____
              **Debtor(s)**                                               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name  mailing address  including zip code  and last four digits of any account number  of all entities holding unsecured claims without priority against the debtor or the property of the debtor  as of the date of filing of the petition  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  If a minor child is a creditor  state the child's initials and the name and address of the child's parent or guardian  such as 'A B,  a minor child, by John Doe  guardian "  Do not disclose the child's name  See  11 U S C  §112 and Fed  R Bankr P  1007(m)  Do not include claims listed in Schedules D and E  If all creditors will not fit on this page  use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim  place an 'X" in the column labeled "Codebtor " include the entity on  the  appropriate  schedule  of creditors,  and  complete  Schedule H - Codebtors  If a joint petition is filed  state whether the husband, wife, both of them  or the marital community may be liable on each claim by placing a "H "  "W "  "J " or  'C  in the column labeled "Husband  Wife  Joint or Community  '

If the claim is contingent  place an 'X' in the column labeled  'Contingent." If the claim is unliquidated, place an 'X' in the column labeled "Unliquidated  If the claim is disputed place an  X  in the column labeled "Disputed " (You may need to place an "X  in more than one of these three columns )

Report total of all claims listed on this schedule in the box labeled  Total  on the last sheet of the completed schedules  Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above )* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    _2000_ <br> _Creditor # : 1_ <br> _AMERICAN EXPRESS_ <br> _PO BOX 981535_ <br> _EL PASO TX 79996-1535_ | H | _2005-2009_ <br> _MISC CREDIT CHARGES_ | | | | $ 4,413.11 |
| Account No:    _2005_ <br> _Creditor # : 2_ <br> _AMERICAN EXPRESS_ <br> _PO BOX 981535_ <br> _EL PASO TX 79996-1535_ | W | _2002_ <br> _MISC CREDIT CHARGES_ | | | | $ 20,759.58 |
| Account No:    _3893_ <br> _Creditor # : 3_ <br> _BANK OF AMERICA_ <br> _PO Box 301200_ <br> _Los Angeles CA 90030-1200_ | C | _2000-2009_ <br> _MISC CREDIT CHARGES_ | | | | $ 34,726.95 |
| Account No:    _1544_ <br> _Creditor # : 4_ <br> _BEST BUY_ <br> _PO BOX 15521_ <br> _WILMINGTON DE 19850-5521_ | C | _2009_ <br> _MISC CREDIT CHARGES_ | | | | $ 1,435.60 |

_3_ continuation sheets attached

Subtotal $     $ 61,335.24

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules  and  if applicable  on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _David O. Watson and Barbara C. Watson_____,          Case No _____

Debtor(s)                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   9350<br>Creditor # : 5<br>CAPITAL ONE<br>PO BOX 30285<br>Salt Lake City UT 84130-0285 | C | 2007<br>MISC CREDIT CHARGES | | | | $ 4,387.59 |
| Account No:    1033<br>Creditor # : 6<br>CHASE CARD SERVICES<br>P.O Box 15298<br>Wilmington DE 19850 | C | 2003-2008<br>MISC CREDIT CHARGES | | | | $ 20,133.31 |
| Account No:    5639<br>Creditor # : 7<br>CHASE CREDIT CARD<br>PO Box 19850<br>Palatine IL 60094-4014 | W | 2005-2009<br>MISC CREDIT CHARGES | | | | $ 30,148.82 |
| Account No:    9537<br>Creditor # : 8<br>CHASE CREDIT CARD<br>PO Box 94014<br>Palatine IL 60094-4014 | W | MISC CREDIT CHARGES | | | | $ 5,837.93 |
| Account No:    8864<br>Creditor # : 9<br>CHASE UNITED MILEAGE PLUS<br>PO Box 15298<br>Wilmington DE 19850-5298 | C | 2008-2009<br>MISC CREDIT CHARGES | | | | $ 17,094.21 |
| Account No:    7692<br>Creditor # : 10<br>CHEVRON<br>PO BOX 530950<br>Atlanta GA 30353-0950 | W | GAS CARD CHARGES | | | | $ 382.25 |

Sheet No.   1   of   3  continuation sheets attached to Schedule of              Subtotal $   $ 77,984.11

Creditors Holding Unsecured Nonpriority Claims                                   Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and if applicable on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont

In re _David O. Watson and Barbara C. Watson_____ ,    Case No _____
_____Debtor(s)_____                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 7692<br>Creditor # : 11<br>CHEVRON TEXACO<br>PO BOX 5010<br>Concord CA 94529 | C | GAS CARD CHARGES | | | | $ 97.19 |
| Account No: 7090<br>Creditor # : 12<br>DISCOVER CARD<br>PO Box 30943<br>Salt Lake City UT 84130 | C | 2007-2009 | | | | $ 11,251.64 |
| Account No: 9319<br>Creditor # : 13<br>FIA CARD SERVICES<br>P.O. BOX 15298<br>WILMINGTON DE 19850-5298 | C | 2009<br>MISC BUSINESS CREDIT CHARGES | | | | $ 1,389.02 |
| Account No: 0557<br>Creditor # : 14<br>HOME DEPOT CREDIT SERVICES<br>PO BOX 689147<br>Des Moines IA 50368-9147 | C | 2008-2009<br>MISC CREDIT CHARGES | | | | $ 9,791.41 |
| Account No:<br>Creditor # : 15<br>LAS VEGAS CC HOA | C | HOA Dues | | | | $ 64.50 |
| Account No: 2801<br>Creditor # : 16<br>LAS VEGAS COUNTRY CLUB ESTATES<br>2854 GEARY PLACE, #3809<br>Las Vegas NV 89109 | C | HOA Dues<br>2879 Geary Place, #2801 | | | | $ 258.00 |

Sheet No. _2_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 22,851.76

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and if applicable on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re  David O. Watson and Barbara C. Watson    ,    Case No. _____
             Debtor(s)    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    5224<br>Creditor # : 17<br>MONTEREY AT LAS VEGAS COUNTRY<br>5966 LA PLACE COURT, STE #170<br>C/O THE PRESCOTT COMPANY<br>Carlsbad CA 92008 | C | HOA Dues<br>2879 Geary Place, #2801 | | | | $ 1,500.00 |
| Account No:    9120<br>Creditor # : 18<br>MONTEREY LAS VEGAS HOA<br>c/o Nevada Association Svcs<br>6224 W. Desert Inn Road, Ste A<br>LAS VEGAS NV 89146 | C | 2010<br>HOA Dues | | | | $ 1,608.00 |
| Account No:    3622<br>Creditor # : 19<br>NEIMAN MARCUS<br>PO BOX 729080<br>Dallas TX 75372-9080 | C | 2006-2009<br>MISC CREDIT CHARGES | | | | $ 6,132.83 |
| Account No:    026<br>Creditor # : 20<br>NIPOMO VILLAGE HOA<br>POB 2158<br>C/O Hudson Property Management<br>Santa Maria CA 93457 | C | HOA Dues<br>568 Margie Place | | | | $ 448.80 |
| Account No:    0731<br>Creditor # : 21<br>SHELL CARD<br>PO BOX 689151<br>Des Moines IA 50368-9151 | C | GAS CARD CHARGES | | | | $ 177.34 |
| Account No:<br>Creditor # : 22<br>SUNSET PALISADES HOA | C | ENCANTO | | | | $ 220.00 |

Sheet No.  3  of  3  continuation sheets attached to Schedule of    Subtotal $    $ 10,086.97
Creditors Holding Unsecured Nonpriority Claims

Total $    $ 172,258.08

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _David O. Watson and Barbara C. Watson_ _____ / Debtor    Case No _____
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property  Include any timeshare interests  State the nature of debtor's interests in contract, i e , "Purchaser   ' Agent ' etc  State whether debtor is the lessor or lessee of a lease  Provide the names and complete mailing addresses of all other parties to each lease or contract described  If a minor child is a party to one of the leases or contracts  state the child's initials and the name and address of the child's parent or guardian, such as "A B , a minor child  by John Doe  guardian " Do not disclose the child's name  See 11 U S C  §112 and Fed  R  Bankr  P  1007(m)

☒ Check this box if the debtor has no executory contracts or unexpired leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re _David O. Watson and Barbara C. Watson_____ / Debtor       Case No _____
                                                                              (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors Include all guarantors and co-signers. If the debtor resides or resided in a community property state commonwealth, or territory (including Alaska, Arizona, California, Idaho Louisiana, Nevada New Mexico Puerto Rico Texas Washington or Wisconsin) within the eight year period immediately preeceding the commencement of the case identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth or territory Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian such as "A B  a minor child by John Doe guardian' Do not disclose the child's name. See 11 U S C §112 and Fed R. Bankr P 1007(m).

☒ Check this box if the debtor has no codebtors

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re <u>*David O. Watson and Barbara C. Watson*</u>     ,     Case No. _____
                    Debtor(s)                                              (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled 'Spouse' must be completed in all cases filed by joint debtors and by every married debtor whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: *Separated* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *RE Consultant/Development* | *Unemployed* |
| Name of Employer | *self* | |
| How Long Employed | *20 years* | |
| Address of Employer | *Pismo Beach CA   93448* | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1 Monthly gross wages, salary and commissions (Prorate if not paid monthly) | $ | *0.00* | $ *0.00* |
| 2 Estimate monthly overtime | $ | *0.00* | $ *0.00* |
| 3 SUBTOTAL | $ | *0.00* | $ *0.00* |
| 4 LESS PAYROLL DEDUCTIONS | | | |
|    a Payroll taxes and social security | $ | *0 00* | $ *0 00* |
|    b Insurance | $ | *0 00* | $ *0 00* |
|    c Union dues | $ | *0 00* | $ *0 00* |
|    d Other (Specify): | $ | *0 00* | $ *0 00* |
| 5 SUBTOTAL OF PAYROLL DEDUCTIONS | $ | *0.00* | $ *0.00* |
| 6 TOTAL NET MONTHLY TAKE HOME PAY | $ | *0.00* | $ *0.00* |
| 7 Regular income from operation of business or profession or farm (attach detailed statement) | $ | *5,607.08* | $ *0 00* |
| 8 Income from real property | $ | *0.00* | $ *1,300.00* |
| 9. Interest and dividends | $ | *0.00* | $ *0 00* |
| 10 Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | *0.00* | $ *0.00* |
| 11. Social security or government assistance | | | |
|    (Specify): | $ | *0.00* | $ *0.00* |
| 12 Pension or retirement income | $ | *0 00* | $ *0.00* |
| 13 Other monthly income | | | |
|    (Specify): | $ | *0.00* | $ *0.00* |
| 14 SUBTOTAL OF LINES 7 THROUGH 13 | $ | *5,607.08* | $ *1,300.00* |
| 15 AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ | *5,607.08* | $ *1,300.00* |
| 16 COMBINED AVERAGE MONTHLY INCOME:  (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ *6,907.08* | (Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data) |

17 Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6 J)(12/07)

In re <u>David O. Watson and Barbara C. Watson</u>                    ,    Case No._____
                          **Debtor(s)**                                                    (if known)

## SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C

☒ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse "

| | |
|---|---|
| 1 Rent or home mortgage payment (include lot rented for mobile home) | $ 2,084.66 |
|    a Are real estate taxes included?  Yes ☐  No ☒ | |
|    b Is property insurance included?  Yes ☒  No ☐ | |
| 2 Utilities: a Electricity and heating fuel | $ 25.00 |
|    b Water and sewer | $ 100.00 |
|    c Telephone | $ 40.00 |
|    d Other  *CABLE/INTERNET* | $ 60.00 |
|    Other  *GARBAGE* | $ 83.00 |
|    Line 2 Continuation Page Total (see continuation page for itemization) | $ 60.00 |
| 3 Home maintenance (repairs and upkeep) | $ 100.00 |
| 4 Food | $ 500.00 |
| 5 Clothing | $ 50.00 |
| 6 Laundry and dry cleaning | $ 50.00 |
| 7 Medical and dental expenses | $ 325.00 |
| 8 Transportation (not including car payments) | $ 200.00 |
| 9 Recreation, clubs and entertainment, newspapers, magazines, etc | $ 200.00 |
| 10 Charitable contributions | $ 45.00 |
| 11 Insurance (not deducted from wages or included in home mortgage payments) | |
|    a Homeowner's or renter's | $ 0.00 |
|    b Life | $ 205.00 |
|    c Health | $ 515.00 |
|    d Auto | $ 100.00 |
|    e Other | $ 0.00 |
|    Other | $ 0.00 |
| 12 Taxes (not deducted from wages or included in home mortgage) | |
| (Specify) | $ 0.00 |
| 13 Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a Auto | $ 0.00 |
|    b Other: | $ 0.00 |
|    c Other: | $ 0.00 |
| 14 Alimony, maintenance and support paid to others | $ 0.00 |
| 15 Payments for support of additional dependents not living at your home | $ 1,135.00 |
| 16 Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 645.35 |
| 17 Other:  *RENTAL PROPERTIES EXPENSES* | $ 0.00 |
|    Other:  *PERSONAL CARE SERVICES* | $ 200.00 |
| | $ 0.00 |
| 18 AVERAGE MONTHLY EXPENSES Total lines 1-17 Report also on Summary of Schedules | $ 6,723.01 |

19 Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

   *The Cadillac payment is included in #15. Both the Debtor and Son are on title, and Debtor makes the payment to the son.*

   *Budget figures are estimates based on previous expenses as a couple.  Those figures have been divided into 2 households as debtor and co-debtor are newly separated and operating under the assumption that they will have fairly equal expenses*

| 20  STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---|
| a  Average monthly income from Line 16 of Schedule I | $ | 6,907.08 |
| b  Average monthly expenses from Line 18 above | $ | 9,653.01 |
| c  Monthly net income (a  minus b) | $ | (2,745.93) |

B6J(Official Form 6 J)(12/07)-Continuation Page

In re  David O. Watson and Barbara C. Watson                    ,        Case No. _____
                    Debtor(s)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR
**(Continuation page)**

2. (continuation) OTHER UTILITIES

| | | |
|---|---|---|
| Security | $ | 50.00 |
| Gas | $ | 10.00 |
| **Line 2 Continuation Page Total (seen as line item '2' on Schedule J)** | $ | 60.00 |

B6J(Official Form 6J)(12/07)

In re <u>David O. Watson and Barbara C. Watson</u> ,          Case No._____
                        **Debtor(s)**                                                              (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR'S SPOUSE

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family Prorate any payments made bi-weekly quarterly semi-annually or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C

| | | |
|---|---|---|
| 1 Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
|    a Are real estate taxes included?   Yes ☐  No ☐ | | |
|    b Is property insurance included?   Yes ☐  No ☐ | | |
| 2 Utilities: a Electricity and heating fuel | $ | 25.00 |
|    b Water and sewer | $ | 100.00 |
|    c Telephone | $ | 40.00 |
|    d Other   *CABLE/INTERNET* | $ | 0.00 |
|    Other   *GARBAGE* | $ | 0.00 |
| 3 Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4 Food | $ | 500.00 |
| 5 Clothing | $ | 50.00 |
| 6 Laundry and dry cleaning | $ | 50.00 |
| 7 Medical and dental expenses | $ | 450.00 |
| 8 Transportation (not including car payments) | $ | 200.00 |
| 9 Recreation clubs and entertainment newspapers magazines etc | $ | 0.00 |
| 10 Charitable contributions | $ | 0.00 |
| 11 Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a Homeowner's or renter's | $ | 0.00 |
|    b Life | $ | 45.00 |
|    c Health | $ | 515.00 |
|    d Auto | $ | 100.00 |
|    e Other | $ | 0.00 |
|    Other | $ | 0.00 |
| 12 Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13 Installment payments: (In chapter 11 12 and 13 cases do not list payments to be included in the plan) | | |
|    a Auto | $ | 0.00 |
|    b Other: | $ | 0.00 |
|    c Other: | $ | 0.00 |
| 14 Alimony, maintenance and support paid to others | $ | 0.00 |
| 15 Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16 Regular expenses from operation of business, profession or farm (attach detailed statement) | $ | 0.00 |
| 17 Other:   *RENTAL PROPERTIES EXPENSES* | $ | 555.00 |
|    Other:   *PERSONAL CARE SERVICES* | $ | 200.00 |
| | | 0.00 |
| 18 AVERAGE MONTHLY EXPENSES Total lines 1-17 Report also on Summary of Schedules | $ | 2,930.00 |

and if applicable on the Statistical Summary of Certain Liabilities and Related Data )

19 Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

> *The Cadillac payment is included in #15. Both the Debtor and Son are on title,*
> *and Debtor makes the payment to the son.*
> *  Budget figures are estimates based on previous expenses as a couple. Those*
> *figures have been divided into 2 households as debtor and co-debtor are newly*
> *separated and operating under the assumption that they will have fairly equal*
> *expenses*

20 STATEMENT OF MONTHLY NET INCOME          (For Total Monthly Net Income, see Line 20 on Debtor's Schedule J)

  a Average monthly income from Line 16 of Schedule I    $

  b Average monthly expenses from Line 18 above    $

  c Monthly net income (a  minus b )    $

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _David O. Watson and Barbara C. Watson_ _____     Case No _____
                    Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules  consisting of ____23____ sheets  and that they are true and correct to the best of my knowledge  information and belief

Date: _5/20/2010_____          Signature _____
                                                   _David O. Watson_

Date: _5/20/2010_____          Signature _____
                                                   _Barbara C. Watson_

                                   [If joint case  both spouses must sign ]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U S C  §§ 152 and 3571